tion for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John M. Spellman* for petitioner. *Mr. Tom L. Beauchamp* for respondent.

No. 465. INTERNATIONAL RADIO TELEGRAPH COMPANY *v.* ATLANTIC COMMUNICATION COMPANY;

No. 466. INTERNATIONAL RADIO TELEGRAPH COMPANY *v.* ATLANTIC COMMUNICATION COMPANY; and

No. 502. MARCONI WIRELESS TELEGRAPH COMPANY OF AMERICA *v.* ATLANTIC COMMUNICATION COMPANY. October 15, 1923. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederick W. Winter* and *Mr. Drury W. Cooper* for petitioner in Nos. 465 and 466. *Mr. John W. Griggs* and *Mr. James R. Sheffield* for petitioner in No. 502. *Mr. George C. Fraser* for respondent.

No. 470. JUVENILE SHOE COMPANY, INC. *v.* FEDERAL TRADE COMMISSION. October 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Paul Overton* for petitioner. *Mr. Solicitor General Beck, Mr. W. H. Fuller* and *Mr. Chas. M. Neff* for respondent.

No. 474. EVA HAND, ADMINISTRATRIX, ETC. *v.* JAMES C. DAVIS, AGENT, ETC. October 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Warren Switzler* for petitioner. No appearance for respondent.

No. 481. UNION CENTRAL LIFE INSURANCE COMPANY *v.* ISAAC M. RODEN ET AL. October 15, 1923. Petition for